**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| JULIO IBARRO-JIMENEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  CIV-16-0482-HE |
| | ) | |
| THE BROCK GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Defendant's unopposed motion to stay and compel arbitration [Doc. #7] is **GRANTED** as follows: this case is ordered to arbitration in accordance with the agreement of the parties.

Rather than staying this case, the court concludes the case should be administratively closed subject to reopening if appropriate.  The clerk of court is directed to administratively terminate this case in her records, without prejudice to the right of any party to file a motion to reopen it for further necessary proceedings.  If a motion to reopen is not filed within **thirty (30) days** of the entry of an arbitration award in the arbitration proceeding, this case shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this 6th day of June, 2016.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE